## ELDRIDGE, ALIAS GLADDEN v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 20, September Term, 1958.]

*Decided November 13, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from a refusal to grant

a writ of *habeas corpus* is denied for the reasons set out in the opinion of Judge Rollins below.

*Application denied, with costs.*